IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| DONALD G. SHEETS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:04CV00058 |
| | ) | |
| v. | ) | |
| | ) | |
| INSURANCE COMPANY OF | ) | ORDER |
| NORTH AMERICA, | ) | |
| | ) By: | Hon. Michael F. Urbanski |
| Defendant. | ) | United States Magistrate Judge |

**IT IS ORDERED** that defendant's Motion to Compel Certain Documents (Docket No. 45), shall be and hereby is, **DENIED** for the reasons set forth in the accompanying Memorandum Opinion.

The Clerk is directed to send certified copies of this Order to all counsel of record.

ENTER:   This 8th day of November, 2005.

Hon. Michael F. Urbanski
United States Magistrate Judge